# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02232-AP

SUSAN L. DOYLE,

           **Plaintiff,**

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

           **Defendant.**

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

         For Plaintiff:

         Gail C. Harriss
         DAWES, HARRISS & BLOODSWORTH, P.C.
         572 E. Third Avenue
         Durango, CO   81301
         Telephone: (970) 247-4411, ext. 18
         Facsimile: (970) 247-1482
         Gch@dawesandharriss.com

         For Defendant:

         TROY A. EID
         United States Attorney

         KEVIN TRASKOS
         Assistant United States Attorney
         Deputy Chief, Civil Division
         United States Attorney's Office
         District of Colorado
         Kevin.trasko@usdoj.gov

THOMAS H. KRAUS
Special Assistant United States Attorney
Office of General Counsel
Social Security Administration
1961 Stout Street, Suite 1001A
Denver  CO  80294
Telephone: (303) 844-0017
Tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint Was Filed:**  October 22, 2007 (Order Directing Clerk to Commence Civil Action and Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 dated October 23, 2007.)

    **B. Date Complaint Was Served on U.S. Attorney's Office:**  November 20, 2007.

    **C. Date Answer and Administrative Record Were Filed:**     January 23, 2008.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **Plaintiff states**: To the best of her knowledge the record is complete, except the Transcript of the first Hearing has not been included.
    **Defendant states:**   To the best of his knowledge, the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **Plaintiff states:** None anticipated.
    **Defendant states:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    **Plaintiff states:** To the best of her knowledge, this case does not involve unusual claims or defenses.
    **Defendant states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

**Plaintiff states:** None anticipated.
**Defendant states:** None anticipated.

## 8. BRIEFING SCHEDULE

Because of administrative issues of upgrading case management software, the parties respectfully request briefing to commence later that 40 days after filing this Joint Case Management Plan as set forth below.

**A. Plaintiff's Opening Brief Due:** March 25, 2008.

**B. Defendant's Response Brief Due:** April 28, 2008**.**

**C. Plaintiff's Reply Brief (If Any) Due:** May 13, 2008.

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:** Oral Argument is not requested.

**B. Defendant's Statement:** Oral Argument is not requested

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A. ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B. (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

IN ADDITION TO FILING AN APPROPRIATE NOTICE WITH THE CLERK'S OFFICE, COUNSEL MUST FILE A COPY OF ANY NOTICE OF WITHDRAWAL, NOTICE OF SUBSTITUTION OF COUNSEL, OR NOTICE OF CHANGE OF COUNSEL'S ADDRESS OR TELEPHONE NUMBER WITH THE CLERK OF THE UNITED STATES MAGISTRATE JUDGE ASSIGNED TO THIS CASE.

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**
The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

     DATED this 12th day of February, 2008.

                                         BY THE COURT:

                                         *S/John L. Kane*
                                         U.S. DISTRICT COURT JUDGE

APPROVED:

                                       For Plaintiff:
                                       s/Gail C. Harriss 2/12/08
                                       Gail C. Harriss
                                       DAWES, HARRISS & BLOODSWORTH, P.C.
                                       572 E. Third Avenue
                                       Durango, CO   81301
                                       Telephone: (970) 247-4411, ext. 18
                                       Facsimile: (970) 247-1482
                                       Gch@dawesandharriss.com
                                       Attorney for Plaintiff.

                                       For Defendant:
                                       TROY A. EID
                                       United States Attorney
                                       KEVIN TRASKOS
                                       Assistant United States Attorney
                                       Deputy Chief, Civil Division
                                       United States Attorney's Office
                                       District of Colorado
                                       Kevin.trasko@usdoj.gov

                                       By: s/Thomas H. Kraus 2/12/08
                                       Thomas H. Kraus
                                       Special Assistant United States Attorney
                                       Office of General Counsel
                                       Social Security Administration
                                       1961 Stout Street, Suite 1001A
                                       Denver  CO   80294
                                       Telephone: (303) 844-0017
                                       Tom.kraus@ssa.gov
                                       Attorneys for Defendant.