## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02232-RPM

SUSAN L. DOYLE,

        Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

## ORDER
_____

Upon consideration of the Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act,

IT IS HEREBY ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of $6,927.00, to be made payable to Plaintiff, Susan L. Doyle, and mailed to counsel of record..

DATED this 2nd day of July, 2009.

                                                  BY THE COURT:

                                                  s/Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior District Judge